UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 18-CR-10069-LTS |
| | ) |
| ANTIONE AJAKA (1), | ) |
| a/k/a TONY AJAKA, | ) |
| | ) |
| ANNI BEURKLIAN (2), | ) |
| a/k/a ANNI AJAKA, *et. al*, | ) |
| | ) |
| Defendants. | ) |

## **WRIT AND RESTRAINING ORDER**

Upon consideration of the United States' Emergency Motion for a Writ and Restraining Order under the All Writs Act (the "Motion"), it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that Antione Ajaka (a/k/a Tony Ajaka) and Anni Beurklian (a/k/a Anni Ajaka), both individually and in their capacity as trustees of 10 Juniper Hill Realty Trust, (collectively the "Defendants"), as well as the Defendants' representatives, attorneys, agents, family members, nominees, alter egos (companies), custodians, assigns, and any other person or entity holding any property on the Defendants' behalf, or with the authority to act on the Defendants' behalf (the "Restrained Parties") are restrained from alienating, dissipating, transferring, selling, assigning, leasing, pledging, encumbering, disposing, concealing, moving, or attempting or completing any action that would affect or diminish the value of any interest the Defendants hold in 10 Juniper Hill Road, Waltham, Massachusetts (the "Real Property"),

1

whether individual or as trustee, or otherwise render the interest unavailable for payment of any criminal monetary penalties imposed upon the Defendants; and it is further

ORDERED that compliance with the terms of this Order requires that the Restrained Parties shall not engage in the following:

    a.    Directly or indirectly alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of the Real Property, in any manner without prior approval of this Court;

    b.    Take, or cause to be taken, any action which could have the effect of concealing or moving the Real Property or property traceable thereto from the jurisdiction of this Court; or

    c.    Take or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the Real Property;

and it is further

ORDERED that this Order shall not apply to the contemplated sale of the Real Property by the Defendants, as individuals or trustees, to D.A.D.[1] (the "Buyer") for the purchase price of $1,200,000, provided, however, that total net sale proceeds in the amount of $1,146,231.86 (the "Funds") are paid over to the Clerk of Court as provided in this Order; and it is further

ORDERED that Loughran & Corbett Attorneys, Inc. is directed to turn over an amount equal to $1,134,231.86 of the Funds within five calendar days from the sale of the Real Property by mailing a check or money order made payable to "Clerk of Court" to:

    Clerk of Court
    United States District Court
    1 Courthouse Way, Suite 2300
    Boston, MA 02210

---

[1] To protect the identity of the buyer, only the buyer's initials are used. A person or entity may inquire into the full legal name of the buyer by contacting the settlement agent: Loughran & Corbett Attorneys, Inc., 75 N. Beacon Street, P.O. Box 228, Watertown, MA 02471, Tel. No. (617) 926-4466.

and noting "Criminal No. 18-CR-10069-LTS" in the memo section of the payment method; and it is further

ORDERED that Coldwell Banker (a/k/a Coldwell Banker Real Estate LLC) is directed to turn over an amount equal to $12,000 of the Funds within five calendar days from the sale of the Real Property by mailing a check or money order made payable to "Clerk of Court" to:

> Clerk of Court
> United States District Court
> 1 Courthouse Way, Suite 2300
> Boston, MA 02210

and noting "Criminal No. 18-CR-10069-LTS" in the memo section of the payment method; and it is further

ORDERED that the United States Attorney's Office may request a further order from this Court allowing additional, reasonable expenses or disbursements to be paid from the Funds if such expenses or disbursements are necessary for the above-referenced closing of the Real Property to occur; and it is further

ORDERED that the Clerk of Court shall hold, in escrow, any monies paid in this case until further order from this Court; and it is further

ORDERED that this Order shall remain in full force and effect until further order from this Court.

Date: 3/29/2018

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge

3



## A. Settlement Statement (HUD-1)

**SELLER's COPY**

OMB No. 2502-0265

**B. Type of Loan**

1. ☐ FHA   2. ☐ RHS   3. ☑ CONV. UNINS.
4. ☐ VA    5. ☐ CONV. INS.

6. File Number: Dyer - 10 Juniper Hill
7. Loan Number:
8. Mortgage Ins. Case No.:

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name and Address of Borrowers:**

**F. Name and Address of Lender:**
Kenneth Lopes and John L. Sergi
1700 Trapelo Road
Waltham, MA 02451

**E. Name and Address of Sellers:**
Antoine Ajaka, Trustee
10 Juniper Hill Road, Waltham,, MA 02452

Anni H. Ajaka, Trustee
10 Juniper Hill Road, Waltham,, MA 02452

**H. Settlement Agent:**
Loughran & Corbett Attorneys, Inc.
75 N. Beacon Street
P.O. Box 228
Watertown, MA 02471

Phone Nbr: 617-926-4466

**Property Location:**
10 Juniper Hill Road
Waltham, MA 02452

**I. Settlement Date:** 03/29/2018
**Disbursement Date:** 03/29/2018

**Place of Settlement:**
Loughran & Corbett Attorneys, Inc.
75 N. Beacon Street
P.O. Box 228
Watertown, MA 02471

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | | 401. Contract sales price | 1,200,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes      to | | 406. City/town taxes   03/29/2018 to 03/31/2018 | 63.24 |
| 107. County taxes      to | | 407. County taxes      to | |
| 108. Assessments      to | | 408. Assessments      to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | | **420. Gross Amount Due To Seller** | **$1,200,063.24** |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | 12,000.00 |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 53,547.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1st Mtg Ln Watertown Savings Bank | |
| 205. | | 505. Payoff 2nd Mtg Ln | |
| 206. | | 506. Deposit held by Broker | |
| 207. | | 507. Final Water Meter Reading | 59.38 |
| 208. | | 508. Dennis Caissie, Electrician Smoke/Carbon Instal. | 225.00 |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes      to | | 510. City/town taxes      to | |
| 211. County taxes      to | | 511. County taxes      to | |
| 212. Assessments      to | | 512. Assessments      to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | | **520. Total Reductions Amount Due Seller** | **$65,831.38** |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross amount due from borrower (line 120) | | 601. Gross amount due to seller (line 420) | $1,200,063.24 |
| 302. Less amount paid by/for borrower (line 220) | | 602. Less reductions in amount due seller (line 520) | ($65,831.38) |
| 303. CASH ☑ FROM ☐ TO BORROWER: | | 603. CASH ☑ TO ☐ FROM SELLER: | $1,134,231.86 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the selling process.

Previous editions are obsolete

HUD-1

L. Settlement Charges

| | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 700. Total Real Estate Broker Fees | | | |
| Division of Commission (line 700) as follows: 48,000.00 | | | |
| 701. $ 48,000.00  to Coldwell Bank Residential Brokerage | | | |
| 702. $  to | | | |
| 703. Commission paid at Settlement | | | |
| 704.  to | | | 48,000.00 |
| 705.  to | | | |
| 800. Items Payable in Connection with Loan | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE A) | | |
| 804. Appraisal fee  to | (from GFE #3) | | |
| 805. Credit report  to | (from GFE #3) | | |
| 806. Tax service  to | (from GFE #3) | | |
| 807. Flood certification  to | (from GFE #3) | | |
| 808.  to | | | |
| 809.  to | | | |
| 810.  to | | | |
| 811.  to | | | |
| 812.  to | | | |
| 813.  to | | | |
| 900. Items Required by Lender to Be Paid in Advance | | | |
| 901. Daily interest charges from 03/29/2018 to  @  /day  days | (from GFE #10) | | |
| 902. Mortgage insurance premium for  mo. to | (from GFE #3) | | |
| 903. Homeowner's insurance for  yrs. to | (from GFE #11) | | |
| 904.  yrs. to | | | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's Insurance  months @  per month | | | |
| 1003. Mortgage Insurance  months @  per month | | | |
| 1004. City property taxes  months @  per month | | | |
| 1005.  months @  per month | | | |
| 1006.  months @  per month | | | |
| 1007.  months @  per month | | | |
| 1008. Aggregate Adjustment | | | |
| 1100. Title Charges | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | | |
| 1102. Settlement or closing fee to Loughran & Corbett Attorneys, Inc. | | | |
| 1103. Owner's title insurance | (from GFE #5) | | |
| 1104. Lender's title insurance | | | |
| 1105. Lender's title policy limit $ 600,000.00 | | | |
| 1106. Owner's title policy limit $ 1,200,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium $  to Loughran & Corbett Attorneys, Inc. | | | |
| 1108. Underwriter's portion of the title insurance premium $  to First American Title | | | |
| 1109. Title Abstract  to PCM Title | | | |
| 1110.  to | | | |
| 1111.  to | | | |
| 1112.  to | | | |
| 1113.  to | | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Government recording charges | (from GFE #7) | | |
| 1202. Recording fees: Deed: 125.00 ; Mortgage: 175.00 ; Releases: 75.00 | | | 75.00 |
| 1203. Transfer taxes | (from GFE #8) | | |
| 1204. City/county tax stamps: Deed:  ; Mortgage: | | | |
| 1205. State tax/stamps: Deed: 5,472.00 ; Mortgage: | | | 5,472.00 |
| 1206. Record MLCs  to | | | |
| 1207.  to | | | |
| 1208.  to | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302.  to | | | |
| 1303. Run down and record  to James Hutchinson | | | |
| 1304.  to | | | |
| 1305.  to | | | |
| 1306.  to | | | |
| 1307.  to | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | $53,547.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement (pages 1, 2 and 3).

Borrowers                                           Sellers

_____                     _____
                                                    Antoine Ajaka, Trustee

_____                     _____
                                                    Anni H. Ajaka, Trustee

_____                     _____

Settlement Agent: _____   Date: 03/29/2018 _____

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment.
For details see: Title 18 U.S. Code Section 1001 and Section 1010.    Previous editions are obsolete    HUD-1